# AWARD.

## No. 1.

**ANONYMOUS.** *Caledonia.* 1816.

AN award ordering acts to be done by both parties, within a certain time ; the party who refuses to perform, in the time specified in the award, cannot afterwards compel the other to perform the award.

## No. 2.

**BELLOWS** *against* **BARNARD.** *Caledonia,* 1817.

WHERE there were articles of submission to Arbitrators, though no express promise to abide the award, and no express power given, to award money, and no express power given to award releases, and notes were given to enforce the award, and put into the hands of the Arbitrators to be endorsed down.

THE Court held, that the parties were bound by the award, that the awarding releases was good, that the awarding money was good, and that an action of assumpsit on the *award* could be maintained. Arbitration *notes* have been decided by the Supreme Court to be void.